# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARKIS DAGHLIAN, <br>     Plaintiff, <br>     v. <br> WELLS FARGO BANK, et al., <br>     Defendants. | Case No.: CV 17-6237 DSF (PJWx) <br><br> JUDGMENT |

    The Court having ordered that the complaint be dismissed and Plaintiff having failed to amend his complaint in the time allowed by the Court, IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 11/29/17

                                                        Dale S. Fischer <br>
                                                        United States District Judge